# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00772-DOC - KESx | Date | May 27, 2022 |
|---|---|---|---|
| Title | Roya Mahdavi, et al. v. Antony Blinken, et al. | | |

**Present: The Honorable**  DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [10], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Any pending Order to Show Cause is hereby discharged.

.

| | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | kdu | | |